DANIEL G. BOGDEN
United States Attorney
BRIAN L. SULLIVAN
Assistant United States Attorney
100 West Liberty Street, Suite 600
Reno, NV 89501
Tel: (775) 784-5438
Fax: (775) 784-5181

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| UNITED STATES OF AMERICA, | 3:16-cr-00016-HDM-WGC |
|---|---|
| Plaintiff, | INDICTMENT FOR VIOLATIONS OF: |
| v. | TITLE 18, UNITED STATES CODE, SECTION 871(a) – Threat Against the President of the United States (Count One) |
| STEVEN EUGENE FORD, aka Job Ford, aka Eleazar Melchizedek, | TITLE 18, UNITED STATES CODE, SECTION 875(c) – Interstate Communication of a Threat (Count Two) |
| Defendant. | |

THE GRAND JURY CHARGES THAT:

COUNT ONE
(Threat Against the President of the United States)

On or about March 1, 2016, in the District of Nevada, STEVEN EUGENE FORD, aka Job Ford, aka Eleazar Melchizedek, defendant herein, did knowingly and willfully make a threat to take the life of the President of the United States, specifically, he told a White House telephone operator that "I'm going to kill that president. I hate him."; all in violation of Title 18, United States Code, Section 871(a).

///

///

1

## COUNT TWO
### (Interstate Communication of a Threat)

On or about March 1, 2016, in the District of Nevada, STEVEN EUGENE FORD, aka Job Ford, aka Eleazar Melchizedek, defendant herein, knowingly and willfully did transmit in interstate commerce from Reno, Nevada, to Washington, D.C., a threat to injure a White House telephone operator, specifically, he stated that "I'm going to kill you, bitch. I'm going to kill your children by cutting their heads off. I'm going to burn you alive. . . I'm going to bury you alive."; all in violation of Title 18, United States Code, Section 875(c).

A TRUE BILL:

/s/

FOREPERSON OF THE GRAND JURY

DANIEL G. BOGDEN
United States Attorney

*/s/ Brian L. Sullivan*

BRIAN L. SULLIVAN
Assistant United States Attorney