```
___ FILED         ___ RECEIVED
___ ENTERED       ___ SERVED ON
                  COUNSEL/PARTIES OF RECORD

       NOV 1 6 2016

    CLERK US DISTRICT COURT
      DISTRICT OF NEVADA
BY: _____ DEPUTY
```

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 3:16-cr-00016-HDM-WCG |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | VERDICT |
| | ) | |
| STEVEN EUGENE FORD, | ) | |
| aka Eleazar Melchizedek, | ) | |
| | ) | |
| Defendant. | ) | |

We, the jury in the above entitled case, upon our oaths, do say:

That we find the Defendant, **STEVEN EUGENE FORD**, __Guilty__ of the offense charged in Count One of the (Not Guilty-Guilty) Indictment herein.

That we find the Defendant, **STEVEN EUGENE FORD**, __Not Guilty__ of the offense charged in Count Two of the (Not Guilty-Guilty) Indictment herein.

DATED this 16th day of November, 2016.

/s/ _____
FOREPERSON